M. OSCHSVER *v.* GERMAN BLDG. & SAV. ASSN. OF COVINGTON.

[Abstract Kentucky Law Reporter, Vol. 5—177.]

**Homestead Waived.**

> A widow who accepts the provisions of her husband's will can not claim a homestead in his land as against creditors of the estate.

APPEAL FROM KENTON CHANCERY COURT.

June 16, 1883.

OPINION BY JUDGE HARGIS:

The appellant having accepted the provisions of her husband's will, which are subject to the payment of his debts out of the estate de-

vised to her, though not expressly directed by the will to be paid, can not claim a homestead in the land, no renunciation of the will having been made by her within the time prescribed by law. *Watson v. Christian,* 12 Bush (Ky.) 524.

Judgment *affirmed.*

*Stevenson, O'Hara & Bryan, for appellant.*

*Simmons & Schmidt, for appellee.*